LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GUY S. SMITH, : CHAPTER 13
:
: CASE NO. 5-18-bk-04806
:
**Debtor(s)**
NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING : ADVERSARY NO. __-__-ap-_____
: (if applicable)
:
**Plaintiff(s)/Movant(s)**
vs. : Nature of Proceeding: _____
GUY S. SMITH,
JACK N. ZAHAROPOULOS, : Motion for Relief from Stay
:
:
**Defendant(s)/Respondent(s)** : Document #: 46

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
The parties request additional time to work towards resolving this matter in lieu of a hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 06/09/2021        /s/ Charles G. Wohlrab
                         Attorney for NewRez LLC d/b/a Shellpoint Mtg.
                         Name: Charles G. Wohlrab, Esq.
                         Phone Number: (470) 321-7112 x257

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.