# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Guy S. Smith,<br>aka Guy Smith,<br><br>Debtor(s) | CHAPTER: 13<br><br><br><br>CASE NO. 5:18-bk-04806-HWV |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED MAY 18, 2007

Recorded on May 22, 2007 in Monroe **County**, at Pennsylvania.

Property Address:
Lot 14 Grandview Terrace West, East Stroudsburg, PA 18301, formerly known as 10 Thomas Pt, East Stroudsburg, Pennsylvania 18301

Mortgage Servicer:
NewRez LLC d/b/a Shellpoint Mortgage Servicing

Post-petition mailing address for Debtor(s) to send payment:
Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, Ohio 45274-0039

Mortgagor(s)/Debtor(s):
**Guy S. Smith**
**aka Guy Smith**

Payments are contractually due:

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other (June 1, 2020 through October 1, 2020)

Each Monthly Payment is comprised of:
Principal and Interest..... $962.63
R.E. Taxes...................... $862.79
Insurance........................ $0.00
Late Charge.................... $0.00
Other.............................. $5.63 (Specify: Escrow Shortage)
**TOTAL**......................... $1,831.05

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other (November 1, 2020 through April 1, 2021)
Each Monthly Payment is comprised of:

Principal and Interest.....    $962.63
R.E. Taxes......................    $840.54
Insurance........................    $0.00
Late Charge....................    $0.00
Other..............................    $0.00     (Specify: N/A)
**TOTAL**........................    $1,803.17

**POST-PETITION PAYMENTS** (Petition was filed on November 14, 2018)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 12/06/2018 | $1,900.00 | $1,821.20 | 12/01/2018 | $78.80 | N/A |
| 01/03/2019 | $1,900.00 | $1,821.20 | 01/01/2019 | $157.60 | N/A |
| 02/12/2019 | $1,914.77 | $1,821.20 | 02/01/2019 | $251.17 | N/A |
| 03/05/2019 | $1,914.99 | $1,821.20 | 03/01/2019 | $344.96 | N/A |
| 04/09/2019 | $1,914.99 | $1,821.20 | 04/01/2019 | $438.75 | N/A |
| 05/24/2019 | $1,546.00 | $1,821.20 | 05/01/2019 | $163.55 | N/A |
| 05/31/2019 | $1,914.00 | $1,821.20 | 06/01/2019 | $256.35 | N/A |
| 07/01/2019 | $1,914.00 | $1,821.20 | 07/01/2019 | $349.15 | N/A |
| 08/01/2019 | $1,914.00 | $1,821.20 | 08/01/2019 | $441.95 | N/A |
| 08/30/2019 | $1,914.00 | $1,821.20 | 09/01/2019 | $534.75 | N/A |
| 10/01/2019 | $1,914.00 | $1,821.20 | 10/01/2019 | $627.55 | N/A |
| 11/01/2019 | $1,914.00 | $1,821.20 | 11/01/2019 | $720.35 | N/A |
| 11/29/2019 | $1,914.00 | $1,831.05 | 12/01/2019 | $803.30 | N/A |
| 02/10/2020 | $1,831.05 | $1,831.05 | 01/01/2020 | $803.30 | N/A |
| 03/31/2020 | $2,288.79 | $1,831.05 | 02/01/2020 | $1,261.04 | N/A |
| 10/20/2020 | $2,000.00 | $1,831.05 | 03/01/2020 | $1,429.99 | N/A |
| 01/20/2021 | $1,803.17 | $1,831.05 | 04/01/2020 | $1,402.11 | N/A |
| 03/09/2021 | $1,803.17 | $1,831.05 | 05/01/2020 | $1,374.23 | N/A |
| 04/20/2021 | $1,803.17 | $1,831.05 | 06/01/2020 | $1,346.35 | N/A |
| N/A | $1,803.17 | $1,831.05 | 07/01/2020 | $1,318.47 | N/A |
| N/A | N/A | $1,831.05 | 08/01/2020 | N/A | N/A |
| N/A | N/A | $1,831.05 | 09/01/2020 | N/A | N/A |
| N/A | N/A | $1,831.05 | 10/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 11/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 12/01/2020 | N/A | N/A |
| N/A | N/A | $1,803.17 | 01/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 02/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 03/01/2021 | N/A | N/A |

3

| N/A | N/A | $1,803.17 | 04/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 05/01/2021 | N/A | N/A |
| N/A | N/A | $1,803.17 | 06/01/2021 | N/A | N/A |
|  |  |  |  |  |  |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 11 as of June 1, 2021.

TOTAL AMOUNT OF POST-PETITION ARREARS: $18,600.04 as of June 2, 2021.

Dated: 06/11/2021

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Mortgage Company
LaQuanda Beaty    Bankruptcy Case Manager
(Print Name and Title)
*LaQuanda Beaty* (signature)

4