IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GUY S. SMITH aka GUY SMITH | : | CASE NO. 5:18-bk-04806-HWV |
| | : | |
| DEBTOR | : | |
| | : | |
| | : | |
| NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| GUY S. SMITH aka GUY SMITH CHARLES J. DEHART, III, TRUSTEE | : | |
| | : | |
| RESPONDENTS | : | |

**CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S LIMITED OBJECTION TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY NEWREZ, LLC**

Please withdraw the United States Trustee's limited objection to the Motion for Relief from the Automatic Stay filed by NewRez, LLC filed on May 6, 2021, at Docket Entry Number 54.

**Movant's counsel concurs in the filing of this withdrawal.**

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 and 9

        D. Troy Sellars
        Assistant United States Trustee

        By:   /s/ Joseph P. Schalk
        Joseph P. Schalk, Esq.
        PA ID 91656
        Office of the United States Trustee
        228 Walnut Street, Suite 1190
        Harrisburg, PA 17101
        Tel.: (717) 221-4533/ Fax: (717) 221-4554
        Email: Joseph.Schalk@usdoj.gov

Dated: June 23, 2021