



P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

S-SFRECS20 L-9023 R-204
PEAND400300523 - 669272307 I01046
GUY SMITH
706 MONROE STREET
STROUDSBURG PA 18360-2139

| CONTACT INFORMATION | |
|---|---|
| Correspondence: | P.O. Box 10826 |
| | Greenville, SC 29603-0826 |
| Business Hours: | Mon - Thurs: 8:00AM-6:00PM |
| | Fri: 8:00AM-5:00PM |
| Phone Number: | 866-214-5733 |
| Fax: | 866-467-1187 |
| Email: | Lossmitigation@shellpointmtg.com |
| Website: | www.shellpointmtg.com |

Loan Number: 0579289775
Property: 10 THOMAS PT
EAST STROUDSBURG, PA 18301

06/21/2021

Dear Homeowner:

We hope that you are doing well! We wanted to follow up on your current situation as it relates to your COVID-19 hardship and your mortgage account. You are currently on an approved forbearance plan, so we would like to inform you of your potential options moving forward with your account.

**IF YOUR COVID-19 HARDSHIP IS RESOLVED**

There are other options available to you and we are eager to help you get started. These options may include one or more of the following:

- **Deferment:** Moves payments to the end of your loan if your hardship has been resolved
- **Loan Modification:** Permanently change the terms of your mortgage to bring your account current
- **Repayment Plan:** Over a set number of months, an extra amount will be added to your regular mortgage payment to cover the amount you owe
- **Reinstatement:** Repay all of the amount due to bring your loan current

**Please visit our website at www.shellpointmtg.com to review your account for potential options.** From there you can apply and sign up for the option that best fits your situation.

**IF YOUR COVID-19 HARDSHIP IS STILL ONGOING**

If, at the end of your existing forbearance period, you are still experiencing a hardship related to COVID-19, you may qualify for an extension of the original forbearance plan.

**Please visit our website at www.shellpointmtg.com to request an extension of your forbearance plan.**

If you have questions about the information on this letter, please contact us at 866-214-5733.

Sincerely,

Cathreen Quahi
877-276-0951
Loss Mitigation Department
Shellpoint Mortgage Servicing

Exhibit C