LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
GUY S. SMITH,

**Debtor(s)**

NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING,

**Plaintiff(s)/Movant(s)**
vs.
GUY S. SMITH,
JACK N. ZAHAROPOULOS (TRUSTEE),

**Defendant(s)/Respondent(s)**

CHAPTER 13

CASE NO. 5-18-bk-04806

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: 11 USC §362

Pleading: MOTION FOR RELIEF FROM ST

Document #: 46

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

[✔] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [ ] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 07/14/2021

/s/ Charles G. Wohlrab
Attorney for NEWREZ LLC D/B/A SHELLPOINT

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.