United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04806-MJC |
| Guy S. Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 28, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5290989 | Email/Text: mtgbk@shellpointmtg.com | Feb 28 2022 18:51:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | on behalf of Creditor DITECH FINANCIAL LLC pamb@fedphe.com mario.hanyon@brockandscott.com |

Philip W. Stock
on behalf of Debtor 1 Guy S. Smith pwstock@ptd.net

Robert Joseph Davidow
on behalf of Creditor DITECH FINANCIAL LLC r.davidow@mgplaw.com

Thomas Song
on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04806-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Guy S. Smith
10 Thomas Point
E. Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/25/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 | U.S. Bank Trust National Association<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042<br>U.S. Bank Trust National Association |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/02/22

Terrence S. Miller
**CLERK OF THE COURT**