**LOCAL BANKRUPTCY FORM 9013-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**
Guy S. Smith,

**Debtor(s)**

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association,

**Plaintiff(s)/Movant(s)**
**vs.**
Guy S. Smith,
Jack N Zaharopoulos, Trustee,

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-18-bk-04806

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: _____

Motion for Relief from Stay

Document #: 73

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.
Debtor needs additional time to pursue loss mitigation options in hope of resolving this matter.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 07/06/2022

/s/ Charles G. Wohlrab

Attorney for U.S. Bank Trust N.A.

Name: Charles G. Wohlrab, Esq.

Phone Number: (470) 321-7112 x51257

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, a Motion to Continue must be filed.