# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Guy S. Smith

Case No.: 5-18-04806MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene Finance |
| Court Claim Number: | 05 |
| Last Four of Loan Number: | 1270 |
| Property Address if applicable: | 10 Thomas Point |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $76,826.92 |
| b. | Prepetition arrearages paid by the trustee: | $76,826.92 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $76,826.92 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 21, 2024

                                                           Respectfully submitted,

                                                           /s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Guy S. Smith

    Case No.: 5-18-04806MJC

    Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 21, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Philip W. Stock, Esquire
706 Monoe St.
Stroudsburg, PA  18360

**Served by First Class Mail**
Selene Finance, LP
9990 Richmond Ave, Suite 400 South
Attn:  BK Dept
Houston, TX  77042

Guy S. Smith
10 Thomas Point
E. Stroudsburg, PA  18301

I certify under penalty of perjury that the foregoing is true and correct.

Date:  February 21, 2024

/s/  Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04806    **GUY S. SMITH**

**SELENE FINANCE, LP**
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX  75019-

Sequence: 24
Modify:
Filed Date: 1/23/2019 12:00:00AM
Hold Code:

Acct No: 1270/PRE ARREARS/10 THOM

|  |  |  |  |  |
|---|---|---|---|---|
| Amt Sched: $359,900.00 | Debt: $76,826.92 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $76,826.92 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP | | 11/15/2023 | 2031008 | $340.91 | $0.00 | $340.91 | 11/22/2023 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2023 | 2030068 | $870.16 | $0.00 | $870.16 | 11/06/2023 |
| 520-0 | SELENE FINANCE, LP | | 09/19/2023 | 2029087 | $1,740.32 | $0.00 | $1,740.32 | 10/03/2023 |
| 520-0 | SELENE FINANCE, LP | | 07/11/2023 | 2027080 | $870.16 | $0.00 | $870.16 | 08/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 06/13/2023 | 2026161 | $836.00 | $0.00 | $836.00 | 07/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 05/16/2023 | 2025225 | $836.00 | $0.00 | $836.00 | 05/26/2023 |
| 520-0 | SELENE FINANCE, LP | | 04/18/2023 | 2024231 | $836.00 | $0.00 | $836.00 | 05/02/2023 |
| 520-0 | SELENE FINANCE, LP | | 03/15/2023 | 2023185 | $836.00 | $0.00 | $836.00 | 03/30/2023 |
| 520-0 | SELENE FINANCE, LP | | 02/15/2023 | 2022188 | $836.00 | $0.00 | $836.00 | 02/28/2023 |
| 520-0 | SELENE FINANCE, LP | | 01/18/2023 | 2021190 | $836.00 | $0.00 | $836.00 | 02/07/2023 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019227 | $836.00 | $0.00 | $836.00 | 12/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018208 | $881.85 | $0.00 | $881.85 | 10/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 09/13/2022 | 2017130 | $881.85 | $0.00 | $881.85 | 09/26/2022 |
| 520-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016128 | $881.85 | $0.00 | $881.85 | 09/02/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015058 | $820.76 | $0.00 | $820.76 | 07/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014085 | $820.72 | $0.00 | $820.72 | 07/18/2022 |
| 520-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013069 | $820.72 | $0.00 | $820.72 | 06/17/2022 |
| 520-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011969 | $820.72 | $0.00 | $820.72 | 04/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $820.76 | $0.00 | $820.76 | 03/30/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/16/2022 | 2009802 | $820.72 | $0.00 | $820.72 | 02/28/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 01/19/2022 | 2008823 | $820.76 | $0.00 | $820.76 | 01/27/2022 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 12/15/2021 | 2007814 | $820.76 | $0.00 | $820.76 | 12/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/16/2021 | 2006789 | $820.72 | $0.00 | $820.72 | 11/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 10/14/2021 | 2005760 | $844.99 | $0.00 | $844.99 | 10/20/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/14/2021 | 2004715 | $2,534.98 | $0.00 | $2,534.98 | 09/20/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/18/2021 | 2003708 | $844.99 | $0.00 | $844.99 | 08/25/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/16/2021 | 2001664 | $2,116.55 | $0.00 | $2,116.55 | 06/22/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 05/18/2021 | 2000651 | $818.03 | $0.00 | $818.03 | 05/28/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/15/2021 | 1229277 | $818.03 | $0.00 | $818.03 | 04/21/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 02/17/2021 | 1227244 | $818.03 | $0.00 | $818.03 | 02/24/2021 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 11/03/2020 | 1223496 | $1,636.05 | $0.00 | $1,636.05 | 11/13/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 09/17/2020 | 1221672 | $809.04 | $0.00 | $809.04 | 09/25/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 08/12/2020 | 1220612 | $809.04 | $0.00 | $809.04 | 08/20/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 07/07/2020 | 1219573 | $809.04 | $0.00 | $809.04 | 07/17/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 06/02/2020 | 1218543 | $809.04 | $0.00 | $809.04 | 06/23/2020 |
| 520-0 | NEW RESIDENTIAL MORTGAGE LLC | | 04/14/2020 | 1216541 | $2,511.57 | $0.00 | $2,511.57 | 04/22/2020 |
| 520-0 | DITECH FINANCIAL LLC | | 12/12/2019 | 1210773 | $838.70 | $0.00 | $838.70 | 12/19/2019 |
| 520-0 | DITECH FINANCIAL LLC | | 11/07/2019 | 1209461 | $838.70 | $0.00 | $838.70 | 11/13/2019 |
| 520-0 | DITECH FINANCIAL LLC | | 09/26/2019 | 1207090 | $38,913.80 | $0.00 | $38,913.80 | 10/02/2019 |
| 520-0 | DITECH FINANCIAL LLC | | 08/07/2019 | 1205679 | $350.60 | $0.00 | $350.60 | 08/13/2019 |
| | | | | Sub-totals: | $76,826.92 | $0.00 | $76,826.92 | |
| | | | | Grand Total: | $76,826.92 | $0.00 | | |