Fill in this information to identify the case:

Debtor 1    Guy S. Smith aka Guy Smith

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                      (State)

Case number  5:18-bk-04806-MJC

# Form 4100R
# Response to Notice of Final Cure

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF2 ACQUISITION TRUST

**Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 1270

**Property address:**    10 THOMAS PT ,
                      Number       Street

                      EAST STROUDSBURG, PA 18301
                      City                   State      ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

## Part 3:    Postpetition Mortgage

*Check one:*

[ ]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ____/____/_____
                                                MM/DD/YYYY

[X]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:         (a) $17,433.27

b. Total Suspense:         - (b) $1,060.84

c. Total. Add lines a and b.         (c) $16,372.43

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06 / 01 / 2023
                                MM/ DD/ YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Rosa Selmani                                  Date March 13, 2024
   Signature

Print      Rosa      Selmani
           First Name      Middle Name      Last Name          Title Authorized Agent

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    130 Clinton Rd #202
           Number          Street

           Fairfield, NJ 07004
           City            State          ZIP Code

Contact    470-321-7112                        Email rselmani@raslg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on         March 13, 2024                    , I
electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true
and correct copy has been served via United States Mail to the following:

Guy S. Smith
10 Thomas Point
E. Stroudsburg, PA 18301
MONROE-PA

And via electronic mail to:

Philip W. Stock
706 Monroe Street
Stroudsburg, PA 18360

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ *Justine Bennett*
Justine Bennett
Email: Jusbennett@raslg.com

# PAYMENT HISTORY

## CURRENT TOTALS

| Pre Pmts | Post Pmts | Susp Bal |
|---|---|---|
| $81,181.00 | $95,299.35 | $2,016.97 |

### PAYMENT HISTORY PER MSP

| LOAN NUMBER | | | | | POST-PETITION | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FILING DATE | | | | | PAYMENT CHANGES | | | | |
| PAYMENTS IN POC | | EFFECTIVE | 12/1/2018 | 12/1/2019 | 11/1/2020 | 11/1/2021 | 5/1/2023 | | |
| FIRST POST-PETITION DUE DATE | | AMOUNT | $ 1,821.20 | $ 1,831.05 | $ 1,803.17 | $1,901.17 | $1,937.03 | | |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | | $    - | $    - | $    - | | |
| 12/3/2018 | | | | $    - | $    - | $    - | | |
| 12/6/2018 | | $ 1,900.00 | $1,821.20 | $    - | $ 78.80 | $ 78.80 | 12/1/2018 | |
| 12/11/2018 | | | | $    - | $    - | $ 78.80 | | |
| 1/3/2019 | | $ 1,900.00 | $1,821.20 | $    - | $ 78.80 | $ 157.60 | 1/1/2019 | |
| 1/11/2019 | | | | $    - | $    - | $ 157.60 | | |
| 1/15/2019 | | | | $    - | $    - | $ 157.60 | | |
| 2/12/2019 | | $ 1,914.77 | $1,821.20 | $    - | $ 93.57 | $ 251.17 | 2/1/2019 | |
| 2/14/2019 | | | | $    - | $    - | $ 251.17 | | |
| 2/18/2019 | | | | $    - | $    - | $ 251.17 | | |
| 3/5/2019 | | $ 1,914.99 | $1,821.20 | $    - | $ 93.79 | $ 344.96 | 3/1/2019 | |
| 3/13/2019 | | | | $    - | $    - | $ 344.96 | | |
| 3/15/2019 | | | | $    - | $    - | $ 344.96 | | |
| 4/9/2019 | | $ 1,914.99 | $1,821.20 | $    - | $ 93.79 | $ 438.75 | 4/1/2019 | |
| 4/11/2019 | | | | $    - | $    - | $ 438.75 | | |
| 4/11/2019 | | | | $    - | $    - | $ 438.75 | | |
| 4/16/2019 | | | | $    - | $    - | $ 438.75 | | |
| 5/8/2019 | | | | $    - | $    - | $ 438.75 | | |
| 5/16/2019 | | | | $    - | $    - | $ 438.75 | | |
| 5/24/2019 | | $ 1,546.00 | $1,821.20 | $    - | $ (275.20) | $ 163.55 | 5/1/2019 | |
| 5/29/2019 | | | | $    - | $    - | $ 163.55 | | |
| 5/29/2019 | | | | $    - | $    - | $ 163.55 | | |
| 5/31/2019 | | $ 1,914.00 | $1,821.20 | $    - | $ 92.80 | $ 256.35 | 6/1/2019 | |
| 6/12/2019 | | | | $    - | $    - | $ 256.35 | | |
| 6/18/2019 | | | | $    - | $    - | $ 256.35 | | |
| 7/1/2019 | | $ 1,914.00 | $1,821.20 | $    - | $ 92.80 | $ 349.15 | 7/1/2019 | |
| 7/3/2019 | | | | $    - | $    - | $ 349.15 | | |
| 7/15/2019 | | | | $    - | $    - | $ 349.15 | | |
| 8/1/2019 | | $ 1,914.00 | $1,821.20 | $    - | $ 92.80 | $ 441.95 | 8/1/2019 | |
| 8/5/2019 | | | | $    - | $    - | $ 441.95 | | |
| 8/12/2019 | | | | $    - | $    - | $ 441.95 | | |
| 8/12/2019 | $ 350.60 | | | $    - | $    - | $ 441.95 | | |
| 8/21/2019 | | | | $    - | $    - | $ 441.95 | | |
| 8/30/2019 | | $ 1,914.00 | $1,821.20 | $    - | $ 92.80 | $ 534.75 | 9/1/2019 | |
| 9/5/2019 | | | | $    - | $    - | $ 534.75 | | |
| 9/13/2019 | | | | $    - | $    - | $ 534.75 | | |
| 9/20/2019 | | | | $    - | $    - | $ 534.75 | | |
| 10/1/2019 | | $ 1,914.00 | $1,821.20 | $    - | $ 92.80 | $ 627.55 | 10/1/2019 | |
| 10/1/2019 | $ 38,913.80 | | | $    - | $    - | $ 627.55 | | |
| 10/3/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |
| 10/4/2019 | | | | $    - | $    - | $ 627.55 | | |

| Date | | | | | | Date |
|---|---|---|---|---|---|---|
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/4/2019 | | | $ - | $ - | $ 627.55 | |
| 10/11/2019 | | | $ - | $ - | $ 627.55 | |
| 10/22/2019 | | | $ - | $ - | $ 627.55 | |
| 11/1/2019 | $ 1,914.00 | $1,821.20 | $ - | $ 92.80 | $ 720.35 | 11/1/2019 |
| 11/6/2019 | | | $ - | $ - | $ 720.35 | |
| 11/6/2019 | | | $ - | $ - | $ 720.35 | |
| 11/12/2019 | $ 838.70 | | $ - | $ - | $ 720.35 | |
| 11/14/2019 | | | $ - | $ - | $ 720.35 | |
| 11/29/2019 | | | $ - | $ - | $ 720.35 | |
| 11/29/2019 | $ 1,914.00 | $1,831.05 | $ - | $ 82.95 | $ 803.30 | 12/1/2019 |
| 12/6/2019 | | | $ - | $ - | $ 803.30 | |
| 12/6/2019 | | | $ - | $ - | $ 803.30 | |
| 12/12/2019 | | | $ - | $ - | $ 803.30 | |
| 12/26/2019 | $ 838.70 | | $ - | $ - | $ 803.30 | |
| 1/29/2020 | | | $ - | $ - | $ 803.30 | |
| 2/10/2020 | $ 1,831.05 | $1,831.05 | $ - | $ - | $ 803.30 | 1/1/2020 |
| 3/23/2020 | | | $ - | $ - | $ 803.30 | |
| 3/23/2020 | | | $ - | $ - | $ 803.30 | |
| 3/24/2020 | | | $ - | $ - | $ 803.30 | |
| 3/31/2020 | $ 374.49 | | $ - | $ 374.49 | $ 1,177.79 | |
| 3/31/2020 | $ 1,914.30 | $1,831.05 | $ - | $ 83.25 | $ 1,261.04 | 2/1/2020 |
| 4/21/2020 | | | $ - | $ - | $ 1,261.04 | |
| 4/21/2020 | | | $ - | $ - | $ 1,261.04 | |
| 4/21/2020 | $ 2,511.57 | | $ - | $ - | $ 1,261.04 | |
| 4/22/2020 | | | $ - | $ - | $ 1,261.04 | |
| 4/22/2020 | | | $ - | $ - | $ 1,261.04 | |
| 6/22/2020 | $ 809.04 | | $ - | $ - | $ 1,261.04 | |
| 7/10/2020 | | | $ - | $ - | $ 1,261.04 | |
| 7/10/2020 | | | $ - | $ - | $ 1,261.04 | |
| 7/10/2020 | | | $ - | $ - | $ 1,261.04 | |
| 7/16/2020 | $ 809.04 | | $ - | $ - | $ 1,261.04 | |
| 8/19/2020 | $ 809.04 | | $ - | $ - | $ 1,261.04 | |
| 8/20/2020 | | | $ - | $ - | $ 1,261.04 | |
| 9/11/2020 | | | $ - | $ - | $ 1,261.04 | |
| 9/17/2020 | | | $ - | $ - | $ 1,261.04 | |
| 9/24/2020 | $ 809.04 | | $ - | $ - | $ 1,261.04 | |
| 9/29/2020 | | | $ - | $ - | $ 1,261.04 | |
| 9/29/2020 | | | $ - | $ - | $ 1,261.04 | |
| 10/7/2020 | | | $ - | $ - | $ 1,261.04 | |
| 10/20/2020 | $ 2,000.00 | $1,831.05 | $ - | $ 168.95 | $ 1,429.99 | 3/1/2020 |
| 10/30/2020 | | | $ - | $ - | $ 1,429.99 | |
| 11/12/2020 | $ 1,636.05 | | $ - | $ - | $ 1,429.99 | |
| 11/13/2020 | | | $ - | $ - | $ 1,429.99 | |
| 11/19/2020 | | | $ - | $ - | $ 1,429.99 | |
| 11/30/2020 | | | $ - | $ - | $ 1,429.99 | |
| 12/29/2020 | | | $ - | $ - | $ 1,429.99 | |
| 1/20/2021 | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,402.11 | 4/1/2020 |
| 1/22/2021 | | | $ - | $ - | $ 1,402.11 | |
| 2/23/2021 | $ 818.03 | | $ - | $ - | $ 1,402.11 | |
| 2/25/2021 | | | $ - | $ - | $ 1,402.11 | |
| 2/25/2021 | | | $ - | $ - | $ 1,402.11 | |
| 2/25/2021 | | | $ - | $ - | $ 1,402.11 | |
| 3/9/2021 | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,374.23 | 5/1/2020 |
| 3/24/2021 | | | $ - | $ - | $ 1,374.23 | |
| 4/5/2021 | | | $ - | $ - | $ 1,374.23 | |
| 4/19/2021 | | | $ - | $ - | $ 1,374.23 | |
| 4/20/2021 | | | $ - | $ - | $ 1,374.23 | |
| 4/20/2021 | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,346.35 | 6/1/2020 |
| 4/20/2021 | $ 818.03 | | $ - | $ - | $ 1,346.35 | |
| 5/7/2021 | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,318.47 | 7/1/2020 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/18/2021 | | | | $ - | $ - | $ 1,318.47 | | |
| 5/27/2021 | $ 818.03 | | | $ - | $ - | $ 1,318.47 | | |
| 6/2/2021 | | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,290.59 | 8/1/2020 | |
| 6/4/2021 | | | | $ - | $ - | $ 1,290.59 | | |
| 6/15/2021 | | | | $ - | $ - | $ 1,290.59 | | |
| 6/21/2021 | $ 2,116.55 | | | $ - | $ - | $ 1,290.59 | | |
| 6/22/2021 | | | | $ - | $ - | $ 1,290.59 | | |
| 6/22/2021 | | | | $ - | $ - | $ 1,290.59 | | |
| 6/22/2021 | | | | $ - | $ - | $ 1,290.59 | | |
| 6/29/2021 | | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,262.71 | 9/1/2020 | |
| 7/20/2021 | | | | $ - | $ - | $ 1,262.71 | | |
| 8/10/2021 | | $ 1,803.17 | $1,831.05 | $ - | $ (27.88) | $ 1,234.83 | 10/1/2020 | |
| 8/13/2021 | | | | $ - | $ - | $ 1,234.83 | | |
| 8/24/2021 | $ 844.99 | | | $ - | $ - | $ 1,234.83 | | |
| 9/8/2021 | | $ 1,803.17 | $1,793.88 | $ - | $ 9.29 | $ 1,244.12 | 11/1/2020 | As per SOR - Lesser value |
| 9/9/2021 | | | | $ - | $ - | $ 1,244.12 | | |
| 9/10/2021 | | | | $ - | $ - | $ 1,244.12 | | |
| 9/17/2021 | $ 2,534.98 | | | $ - | $ - | $ 1,244.12 | | |
| 10/8/2021 | | $ 1,803.17 | $1,803.17 | $ - | $ - | $ 1,244.12 | 12/1/2020 | |
| 10/13/2021 | | | | $ - | $ - | $ 1,244.12 | | |
| 10/19/2021 | $ 844.99 | | | $ - | $ - | $ 1,244.12 | | |
| 11/10/2021 | | | | $ - | $ - | $ 1,244.12 | | |
| 11/15/2021 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 1,440.95 | 1/1/2021 | |
| 11/19/2021 | $ 820.72 | | | $ - | $ - | $ 1,440.95 | | |
| 11/19/2021 | | | | $ - | $ - | $ 1,440.95 | | |
| 12/13/2021 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 1,637.78 | 2/1/2021 | |
| 12/21/2021 | $ 820.76 | | | $ - | $ - | $ 1,637.78 | | |
| 12/21/2021 | | | | $ - | $ - | $ 1,637.78 | | |
| 1/21/2022 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 1,834.61 | 3/1/2021 | |
| 1/28/2022 | | | $1,803.17 | $ - | $ (1,803.17) | $ 31.44 | 4/1/2021 | |
| 1/28/2022 | | | | $ - | $ - | $ 31.44 | | |
| 1/28/2022 | | | | $ - | $ - | $ 31.44 | | |
| 2/9/2022 | $ 820.76 | | | $ - | $ - | $ 31.44 | | |
| 2/16/2022 | | | | $ - | $ - | $ 31.44 | | |
| 2/16/2022 | | | | $ - | $ - | $ 31.44 | | |
| 2/24/2022 | | $ 2,000.00 | $1,796.66 | $ - | $ 203.34 | $ 234.78 | 5/1/2021 | As per SOR - Lesser value |
| 2/25/2022 | | | | $ - | $ - | $ 234.78 | | |
| 3/7/2022 | $ 820.72 | | | $ - | $ - | $ 234.78 | | |
| 3/24/2022 | | | | $ - | $ - | $ 234.78 | | |
| 3/29/2022 | $ 820.76 | | | $ - | $ - | $ 234.78 | | |
| 4/13/2022 | | | | $ - | $ - | $ 234.78 | | |
| 4/13/2022 | | | | $ - | $ - | $ 234.78 | | |
| 4/22/2022 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 431.61 | 6/1/2021 | |
| 4/26/2022 | $ 820.72 | | | $ - | $ - | $ 431.61 | | |
| 4/29/2022 | | | | $ - | $ - | $ 431.61 | | |
| 4/30/2022 | $ 1,616.11 | | | $ - | $ - | $ 431.61 | | |
| 4/30/2022 | | | | $ - | $ - | $ 431.61 | | |
| 5/13/2022 | | | | $ - | $ - | $ 431.61 | | |
| 5/27/2022 | | $ 4,000.00 | $1,803.17 | $ - | $ 2,196.83 | $ 2,628.44 | 7/1/2021 | |
| 5/27/2022 | | | $1,803.17 | $ - | $ (1,803.17) | $ 825.27 | 8/1/2021 | |
| 6/14/2022 | | | | $ - | $ - | $ 825.27 | | |
| 6/15/2022 | $ 820.72 | | | $ - | $ - | $ 825.27 | | |
| 7/11/2022 | | | | $ - | $ - | $ 825.27 | | |
| 7/14/2022 | $ 820.72 | | | $ - | $ - | $ 825.27 | | |
| 7/20/2022 | | | | $ - | $ - | $ 825.27 | | |
| 7/20/2022 | $ 820.72 | | | $ - | $ - | $ 825.27 | | |
| 7/22/2022 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 1,022.10 | 9/1/2021 | |
| 7/26/2022 | $ 820.76 | | | $ - | $ - | $ 1,022.10 | | |
| 8/5/2022 | | | | $ - | $ - | $ 1,022.10 | | |
| 8/16/2022 | | $ 2,000.00 | $1,803.17 | $ - | $ 196.83 | $ 1,218.93 | 10/1/2021 | |
| 8/29/2022 | $ 1,137.87 | $ 462.23 | | $ - | $ - | $ 1,218.93 | | |
| 8/30/2022 | $ (820.72) | | | $ - | $ - | $ 1,218.93 | | |
| 8/30/2022 | | | | $ - | $ - | $ 1,218.93 | | |
| 8/30/2022 | | | | $ - | $ - | $ 1,218.93 | | |
| 8/30/2022 | | | | $ - | $ - | $ 1,218.93 | | |
| 8/31/2022 | $ 881.85 | | | $ - | $ - | $ 1,218.93 | | |
| 9/6/2022 | | | | $ - | $ - | $ 1,218.93 | | |

| Date | Payment | Charge | Amount | $ | $ | Balance | Date |
|---|---|---|---|---|---|---|---|
| 9/8/2022 | | $4,000.00 | $1,901.17 | $ - | $2,098.83 | $3,317.76 | 11/1/2021 |
| 9/20/2022 | | | $1,901.17 | $ - | $(1,901.17) | $1,416.59 | 12/1/2021 |
| 9/22/2022 | $881.85 | | | $ - | $ - | $1,416.59 | |
| 10/11/2022 | | | | $ - | $ - | $1,416.59 | |
| 10/13/2022 | | | | $ - | $ - | $1,416.59 | |
| 10/13/2022 | | | | $ - | $ - | $1,416.59 | |
| 10/13/2022 | | | | $ - | $ - | $1,416.59 | |
| 10/18/2022 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $1,515.42 | 1/1/2022 |
| 10/26/2022 | $881.85 | | | $ - | $ - | $1,515.42 | |
| 11/16/2022 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $1,614.25 | 2/1/2022 |
| 11/17/2022 | | | | $ - | $ - | $1,614.25 | |
| 11/21/2022 | | | | $ - | $ - | $1,614.25 | |
| 12/14/2022 | | | | $ - | $ - | $1,614.25 | |
| 12/14/2022 | $836.00 | | | $ - | $ - | $1,614.25 | |
| 12/16/2022 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $1,713.08 | 3/1/2022 |
| 1/17/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $1,811.91 | 4/1/2022 |
| 1/19/2023 | | | | $ - | $ - | $1,811.91 | |
| 2/3/2023 | $836.00 | | | $ - | $ - | $1,811.91 | |
| 2/13/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $1,910.74 | 5/1/2022 |
| 2/22/2023 | | | $1,901.17 | $ - | $(1,901.17) | $9.57 | 6/1/2022 |
| 2/25/2023 | $836.00 | | | $ - | $ - | $9.57 | |
| 3/10/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $108.40 | 7/1/2022 |
| 3/16/2023 | | | | $ - | $ - | $108.40 | |
| 3/28/2023 | $836.00 | | | $ - | $ - | $108.40 | |
| 4/14/2023 | | | | $ - | $ - | $108.40 | |
| 4/17/2023 | | | | $ - | $ - | $108.40 | |
| 4/17/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $207.23 | 8/1/2022 |
| 4/28/2023 | $836.00 | | | $ - | $ - | $207.23 | |
| 5/17/2023 | | | | $ - | $ - | $207.23 | |
| 5/18/2023 | $1,600.10 | | | $ - | $ - | $207.23 | |
| 5/24/2023 | | | | $ - | $ - | $207.23 | |
| 5/24/2023 | $836.00 | | | $ - | $ - | $207.23 | |
| 6/13/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $306.06 | 9/1/2022 |
| 6/21/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $404.89 | 10/1/2022 |
| 6/29/2023 | | | | $ - | $ - | $404.89 | |
| 6/30/2023 | | | | $ - | $ - | $404.89 | |
| 7/5/2023 | $836.00 | | | $ - | $ - | $404.89 | |
| 7/25/2023 | | | | $ - | $ - | $404.89 | |
| 7/31/2023 | $870.16 | | | $ - | $ - | $404.89 | |
| 8/23/2023 | | | | $ - | $ - | $404.89 | |
| 8/23/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $503.72 | 11/1/2022 |
| 9/1/2023 | | | | $ - | $ - | $503.72 | |
| 9/14/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $602.55 | 12/1/2022 |
| 9/15/2023 | | | | $ - | $ - | $602.55 | |
| 9/15/2023 | | | | $ - | $ - | $602.55 | |
| 9/27/2023 | | | | $ - | $ - | $602.55 | |
| 9/29/2023 | $1,740.32 | | | $ - | $ - | $602.55 | |
| 10/5/2023 | | | | $ - | $ - | $602.55 | |
| 10/11/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $701.38 | 1/1/2023 |
| 10/18/2023 | | | | $ - | $ - | $701.38 | |
| 11/2/2023 | $870.16 | | | $ - | $ - | $701.38 | |
| 11/2/2023 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $800.21 | 2/1/2023 |
| 11/20/2023 | $340.91 | | | $ - | $ - | $800.21 | |
| 11/22/2023 | | | | $ - | $ - | $800.21 | |
| 12/20/2023 | | | | $ - | $ - | $800.21 | |
| 1/2/2024 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $899.04 | 3/1/2023 |
| 1/19/2024 | | | | $ - | $ - | $899.04 | |
| 1/23/2024 | | $2,000.00 | $1,901.17 | $ - | $98.83 | $997.87 | 4/1/2023 |
| 2/13/2024 | | $2,000.00 | $1,937.03 | $ - | $62.97 | $1,060.84 | 5/1/2023 |
| 2/20/2024 | | | | $ - | $ - | $1,060.84 | |
| 2/21/2024 | | | | $ - | $ - | $1,060.84 | |
| | | | | $ - | $ - | $1,060.84 | |
| | | | | $ - | $ - | $1,060.84 | |
| | $259.39 | | | $ - | $ - | $1,060.84 | |
| | | $767.51 | | $ - | $ - | $1,060.84 | |
| | | | | $ - | $ - | $1,060.84 | |

| | | | | $ - | $ - | $ 1,060.84 | | Next due 06/01/2023 |
|---|---|---|---|---|---|---|---|---|
| | | | | $ - | $ - | $ 1,060.84 | | |
| | | | | $ - | $ - | $ 1,060.84 | | |
| | | | | $ - | $ - | $ 1,060.84 | | |